Tor Ekeland (TE1969)
Tor Ekeland, P.C.
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
Tel: 718.285.9343
Fax: 718.504.5417
Email: tor@torekeland.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

X ──────────────────────────── X

UNITED STATES OF AMERICA,

v.

ANTHONY ALLEN,
PAUL THOMPSON,
TETSUYA MOTOMURA, and,
ANTHONY CONTI

Defendants.

X ──────────────────────────── X

NO. 14-CR-00272 (JSR)

**APPEARANCE OF COUNSEL FOR DEFENDANT ANTHONY CONTI**

To the Clerk of this Court and all parties of record:

I am admitted to practice in this court, and I appear in this case as counsel for Defendant Anthony Conti.

Date:  12/17/14

_Tor Ekeland_
Tor Ekeland (TE1969)
Tor Ekeland, P.C.
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
Tel: 718.285.9343
Fax: 718.504.5417
Email: tor@torekeland.com