UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES | : |
| v. | :  S1 1:14-cr-00272-JSR |
| ANTHONY CONTI, | : |
| Defendant. | : |

AFFIDAVIT OF WAIVER OF EXTRADITION

I, Anthony Conti, having been fully informed by my attorneys, Tor Ekeland and Aaron Williamson, of my rights under the extradition treaty in force between the United States and the United Kingdom do hereby waive any and all such rights only with respect to the charges set forth in Indictment No. S1 1:14-cr-00272-JSR, entitled <u>United States</u> v. <u>Anthony Allen, et al.</u> and I am willing to voluntarily surrender to United States authorities to answer the charges set forth in that Indictment.

My attorneys, with whose services I am satisfied, have explained to me the terms of the extradition treaty in force between the United States and the United Kingdom, the applicable sections of Title 18, United States Code, and Indictment S1 1:14-cr-00272-JSR filed in the Southern District of New York. I understand that I would be entitled to proceedings and/or hearings in the United Kingdom to challenge an extradition request by the United States. I concede that I am the individual against whom charges are pending in S1 1:14-cr-00272-JSR and

for whom process is outstanding. I fully understand that in the absence of a waiver of my rights, I cannot be compelled to surrender to the United States authorities unless and until a court in the United Kingdom issues a ruling certifying my extraditability and orders my extradition.

I have reviewed the indictment and I fully understand my right to challenge extradition. I hereby waive my rights under the extradition treaty and agree to surrender as soon as possible to the Federal Bureau of Investigation and thereafter to remain under the supervision of the United States District Court, Southern District of New York. It is understood that although the court is not bound by any agreements made between Anthony Conti and the United States government, the parties agree to ask the court for bail as follows: a $500,000 bond secured by $40,000 in cash to be deposited on or before June 1, 2015, retention of passport for travel to and from the United Kingdom and United States (and elsewhere, as permitted by the Court). The parties agree to other pre-trial conditions deemed appropriate in connection to the bond and travel. No representative, official, or officer of the United States or of the Government of the United Kingdom, nor any person whomsoever, has made any other promises or offered any other form of inducement nor made any threat or exercised any form of intimidation against me. I execute this waiver of rights knowingly, voluntarily and entirely of my own free will and accord.

Dated this day 13 of April, 2015.

_____
Anthony Conti

_____
Tor Ekeland
Aaron Williamson
Attorneys for Anthony Conti

- 3 -

I hereby certify that on this /3 th day of April, 2015, Anthony Conti personally appeared before me and made his oath in due form of law that the statements herein are true.

_____
Jed S. Rakoff
United States District Judge, SDNY