UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA  :
                                        :    14-cr-00272 (JSR)

v.                            :    ~~PROPOSED~~ ORDER EXTENDING
                                        :    THE DEADLINE FOR
                                        :    DEFENDANT ANTHONY CONTI
ANTHONY CONTI,            :    TO CONTRIBUTE CASH TO
                                        :    SECURE APPEARANCE BOND
        Defendant.     :

**MEMO ENDORSED**

### ~~PROPOSED~~ ORDER

The parties having agreed to the following terms, and the Court having found that good causes exists, it is therefore hereby ORDERED that:

1. The deadline for Defendant Anthony Conti to pay $40,000.00 cash towards his appearance bond is extended until June 19, 2015.

SO ORDERED

_____
JED S. RAKOFF, U.S.D.J.

Dated this 15 day of June, 2015 in New York, New York.