UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANTHONY ALLEN, )<br>PAUL THOMPSON, )<br>TETSUYA MOTOMURA, and )<br>ANTHONY CONTI, )<br>)<br>Defendants. ) | Case No. 14-CR-00272 (JSR) |

## ORDER

WHEREAS in the above-captioned matter a second superseding indictment was erroneously filed under seal on June 24, 2015, and docketed as item number 61.

IT IS HEREBY ORDERED THAT the second superseding indictment be UNSEALED and filed on the docket accordingly.

Dated: June 25, 2015

_____
The Honorable Debra Freeman
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 5 2015