UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
: 
: Case No. S4 14-CR-272 (JSR)
:
: ECF Case
:
UNITED STATES OF AMERICA,                : **NOTICE OF DEFENDANTS'**
                                         : **MOTION TO COMPEL THE**
v.                                       : **GOVERNMENT TO**
                                         : **IMMUNIZE SUBMITTER-R1**
ANTHONY ALLEN,                           : **AND FOR A RULE 15**
PAUL THOMPSON,                           : **DEPOSITION OF**
TETSUYA MOTOMURA, and                    : **SUBMITTER-R1, OR, IN THE**
ANTHONY CONTI,                           : **ALTERNATIVE, TO**
                                         : **EXCLUDE TESTIMONY**
            Defendants.                  : **FROM GOVERNMENT**
                                         : **WITNESSES**
                                         :
                                         :
------------------------------------------- X

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the exhibits thereto, Defendants Anthony Allen and Anthony Conti, by their attorneys, shall move before the Honorable Jed S. Rakoff of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting the Defendants' Motion to Compel the Government to immunize Submitter-R1 and for a Rule 15 deposition of Submitter-R1, or, in the alternative, to exclude testimony from Government witnesses, pursuant to the following schedule set by the Court:

- Opposition papers, if any, are to be served on or before Friday, July 31, 2015;

- Reply papers, if any, are to be served on or before Friday, August 7, 2015;

- Oral argument is scheduled for Friday, August 14, 2015 at 2:00 p.m. before the Honorable Jed. S. Rakoff of the United States District Court for the Southern District of New York.

Dated:  New York, New York
July 17, 2015

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Michael S. Schachter
Michael Schachter
Casey E. Donnelly
787 Seventh Avenue
New York, New York   10019-6099
Phone:  (212) 728-8000
Email:  mschachter@willkie.com

*Attorneys for Defendant Anthony Allen*

**TOR EKELAND, P.C.**

By: /s/ Tor Ekeland
(electronic signature w/permission)
Tor Ekeland
Aaron Williamson
195 Plymouth Street, 5th Floor
Brooklyn, New York 11201-1133
Phone: (718) 737-7264
Email: tor@torekeland.com

*Attorneys for Defendant Anthony Conti*

To:

Carol L. Sipperly
Brian Young
Michael Koenig
U.S. Department of Justice, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005