UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------ x
UNITED STATES OF AMERICA,                  :
                                           :  Case No. S4 14-CR-272 (JSR)
        v.                                 :
                                           :  ECF Case
ANTHONY ALLEN,                             :
PAUL THOMPSON,                             :  NOTICE OF DEFENDANTS'
TETSUYA MOTOMURA, and                      :  MOTION TO COMPEL THE
ANTHONY CONTI,                             :  GOVERNMENT TO
                                           :  PRODUCE DOCUMENTS
             Defendants.                   :
                                           :
------------------------------------------ X
```

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the exhibits thereto, Defendants Anthony Allen and Anthony Conti, by their attorneys, hereby move before the Honorable Jed S. Rakoff of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York for an Order granting the Defendants' Motion to Compel the Government to Produce Documents, pursuant to the following schedule set by the Court:

- Opposition papers, if any, are to be served on or before Friday, July 31, 2015;

- Reply papers, if any, are to be served on or before Wednesday, August 5, 2015;

- Should oral argument be necessary, it is scheduled for Friday, August 14, 2015 at 2:00 p.m. before the Honorable Jed. S. Rakoff of the United States District Court for the Southern District of New York.

Dated:   New York, New York
         July 24, 2015

        **WILLKIE FARR & GALLAGHER LLP**

        By:  /s/ Michael S. Schachter
          Michael Schachter
          Casey E. Donnelly
          787 Seventh Avenue
          New York, New York   10019-6099
          Phone:  (212) 728-8000
          Email:  mschachter@willkie.com

        *Attorneys for Defendant Anthony Allen*

        **TOR EKELAND, P.C.**

        By:  /s/ Tor Ekeland
          (electronic signature w/permission)
          Tor Ekeland
          Aaron Williamson
          195 Plymouth Street, 5th Floor
          Brooklyn, New York 11201-1133
          Phone: (718) 737-7264
          Email: tor@torekeland.com

        *Attorneys for Defendant Anthony Conti*

To:

Carol L. Sipperly
Brian Young
Michael Koenig
U.S. Department of Justice, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005