IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.  S4 14-CR-00272 (JSR)

ANTHONY ALLEN, et al.

### ORDER

Presently before the Court is the United States' Unopposed Motion to Modify the Terms of Defendant Anthony Conti's Bail Conditions and Appearance Bond. At present, Mr. Conti's bail is set at $500,000. *See* Minute Entry (Apr. 13, 2015). An appearance bond was entered with the Court in the amount of $500,000 on April 13, 2015. Dkt. No. 50. The Court further ordered that Mr. Conti maintain possession of his passport. *Id.* Subsequent to the guilty verdicts entered against Mr. Conti, *see* Jury Verdict (Nov. 5, 2015), the Court deems it appropriate to modify the terms of bail and appearance bond.

IT IS HEREBY ORDERED:

1. The United States' Unopposed Motion to Modify the Terms of Defendant Anthony Conti's Bail Conditions and Appearance Bond is GRANTED.

2. Mr. Conti's father-in-law shall be added as a surety on the appearance bond.

3. Mr. Conti shall surrender his passport, as soon as practicable, to his attorney, Aaron Williamson, who shall not release his passport except for the purpose of Court-approved travel or upon completion of Mr. Conti's sentence.

Date: 11/24/15

The Honorable Jed S. Rakoff
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/15