USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>-v-<br><br>Anthony Conti,<br>            *Defendant.* | [PROPOSED] **ORDER FOR RETURN OF BAIL**<br><br>**Docket No. 14-CR-272** |

     An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of $40,000 cash, and to deposit the same in the registry of this Court, as a condition to assure the appearance of the above-named defendant Anthony Conti before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and

     WHEREAS the docket reflects that the judgment of conviction was overturned and dismissed on appeal to the 2nd Circuit, per docket number 16-898 (CR); and

     WHEREAS the defendant's conviction has been dismissed and there are no further proceedings before this Court for which the defendant's presence is required; and

     WHEREAS the Government has no objection to the Clerk of the Court returning the funds deposited as bail to their rightful owner or other person entitled to such money under 28 U.S.C. §§ 2041 & 2044; and

     WHEREAS the Government is not aware of any other reason the funds deposited as bail should not be returned to their rightful owner or other person entitled to them;

     NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 28 U.S.C. §2042, that the Clerk of the Court pay out to Anthony Conti, personally or through his attorney, the amount

deposited as bail referenced in the first paragraph of this Order, less the Clerk's fees, if any.

Dated: _____3/18/\_\_\_, 2018

_____
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

by: _____   Date: March 16, 2018
MICHAEL T. KOENIG
Trial Attorney
Antitrust Division
United States Department of Justice
450 5th Street, NW
Washington, D.C. 20530
(202) 616-2165

**Address of payee, if different from address on original Bail Order:**
(to be completed by District Court Clerk's Office)

_____

_____

_____

_____

**Phone Number:** _____

The Clerk's Office Finance Unit will contact the party once the check is ready.

## FOR CLERK'S OFFICE USE ONLY:

| RECEIVED CHECK NO: | DATED: |
|---|---|
| IN THE AMOUNT OF: $ | |
| PAYABLE TO: | |
| SIGN & PRINT: | |